# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

SUMITOMO DAINIPPON PHARMA CO., LTD., SUNOVION PHARMACEUTICALS INC.,

                                                            Plaintiffs – Appellees,

v.

EMCURE PHARMACEUTICALS LIMITED, HERITAGE PHARMA LABS INC., fka Emcure Pharmaceuticals USA Inc., INVAGEN PHARMACEUTICALS, INC., TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES, LTD.,

                                                            Defendants – Appellants.

Nos. 17-1798, -1799, -1800

## ENTRY OF APPEARANCE

Please enter my appearance (select one):

    ___ Pro Se     X  As counsel for:  InvaGen Pharmaceuticals Inc.

I am, or the party I represent is (select one):

    ___ Petitioner   ___ Respondent   ___ Amicus curiae  __ Cross Appellants

    X  Appellant    ___ Appellee     ___ Intervenor

As amicus curiae or intervenor, this party supports (select one):

    ___ Petitioner or appellant        ___ Respondent or appellee

My address and telephone are:

    Name:        Robert S. Silver
    Law firm:    Caesar Rivise, PC

Address: 7 Penn Center, 1635 Market Street, 12th Floor
City, State and ZIP: Philadelphia, PA 19103
Telephone: (215) 567-2010
Fax#: (215) 751-1142
E-mail address: rsilver@crbcp.com

Statement to be completed by counsel only (select one):

 X  I am the principle attorney for this party in this case and will accept all service of the party.  I agree to inform all other counsel in this case of the matters served upon me.

 ___ I am replacing _____ as the principle attorney who will/will not remain on the case. [Government attorneys only.]

 ___ I am not the principle attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): October 17, 1989

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

 ___ Yes          X  No

___ A courtroom accessible to the handicapped is required if oral argument is scheduled.

March 30, 2017                                  /s/ *Robert S. Silver*
       Date                                           Signature of counsel

cc: All Counsel of Record (see Certificate of Service)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Entry of Appearance is being filed via the Court's CM/ECF system, and a true and correct copy of the same is being served upon counsel of record for Appellees via Court's CM/ECF system, on March 30, 2017.

/s/ *Robert S. Silver*